IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS MURPHY,
   Plaintiff,

vs.            CASE NO.: 5:06cv138-SPM/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
   Defendant.
_____/

## ORDER

This cause comes before the Court on the Magistrate Judge's Order, Report and Recommendation (doc. 16) dated June 18, 2007. Plaintiff has been furnished a copy and pursuant to Title 28, United States Code, Section 636(b)(1), he has filed an objection (doc. 17).

Plaintiff argues that the commissioner's decision denying disability insurance benefits and supplemental security income benefits must be reversed and remanded because the ALJ did not explain his basis for rejecting the upper extremity limitations identified by both state agency physicians. Plaintiff also argues that the ALJ applied the wrong standard for evaluating pain. Plaintiff finally argues that the ALJ's vocational analysis was flawed because the analysis (1) did not identify which skills transferred to the cited occupations and (2) failed to take into account Plaintiff's upper extremity limitations.

The magistrate judge's report and recommendation fully and correctly addresses these issues.  As explained in the report and recommendation, the upper extremity limitations (problems reaching overhead or in other directions with right arm) do not undercut the ALJ's determination that Plaintiff was able to perform light work.  Doc. 16 at 24-5, 27.  The ALJ cited to the correct pain standard (id. at 29) and found that Plaintiff's subjective complaints of pain were overstated (id. at 30-33).  Finally, despite an error in failing to identify the skills transferred, the commissioner's decision can be affirmed based on the ALJ's alternative determination that Plaintiff could perform unskilled work as a parking lot attendant, bench assembler, and automatic photo finisher.  Id. at 34.  Plaintiff's limitations on reaching with his right arm do not conflict with a finding that he has the residual functional capacity to perform light work (id. at 24-5, 27).  Accordingly, it is

ORDERED AND ADJUDGED:

1.  The Magistrate Judge's Report and Recommendation (doc. 16) is ADOPTED and incorporated by reference in this order.

2.   The decision of the commissioner is AFFIRMED.  This action is dismissed and the clerk is directed to close the file.

DONE AND ORDERED this 24th day of August, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge